IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA LOCKE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 05C 3419 |
| v. | ) | |
| | ) | Judge Manning |
| ACT II JEWELRY, LLC d/b/a | ) | Magistrate Brown |
| LIA SOPHIA | ) | |
| Defendant. | ) | |

## JOINT STIPULATION AND DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) it is HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned proceeding, through their undersigned counsel of record and subject to the Order of the Court, that both parties hereby dismiss all claims and counterclaims in the above-captioned matter with prejudice.

Each party shall bear its own costs and attorneys' fees in connection with this action.

Dated:  Chicago, Illinois                           Northfield, Illinois
        April 24, 2006                              April 12, 2006

**Neal, Gerber & Eisenberg LLP**                    **Kaplan & Greenswag LLC**

By: _____                         By: _____
    Antony McShane                                      Daniel S. Kaplan
    ARDC No. 6190332                                    ARDC No. 6204533
    Two North La Salle Street                           181 Waukegan Road, Suite 205
    Chicago, Illinois 60602-3801                        Northfield, Illinois 60093
    (312) 269 – 8000                                    (847) 501-5300
    Attorneys for Plaintiff                             Attorneys for Defendant

SO ORDERED:

_____
Sidney I. Schenkier, U.S.D.M.J.